**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**VINCENT SONNICK,**

                    **Plaintiff,**

    vs.                                                    5:20-CV-412
                                                           (TJM/ML)

**TROOPER CHRISTOPHER BUDLONG; TROOPER**
**HORTON; NELSON DODGE, Town Judge;**
**OFFICER MCCORMICK; and ONONDAGA**
**CO. SHERIFF DEPT.,**

                    **Defendants.**
_____

**Thomas J. McAvoy,**
**Sr. U.S. District Judge**


## DECISION & ORDER

      The Court referred this *pro se* civil action, brought pursuant to 28 U.S.C. § 1332, to Magistrate Judge Miroslav Lovric for a Report-Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c).  Plaintiff alleges that Defendants, state officials, injured him in a variety of ways by targeting and harassing him.

      Magistrate Judge Lovric's Report-Recommendation, dkt. # 5, issued on June 4, 2020, finds that Plaintiff has failed to allege facts sufficient to state a claim against any of the Defendants and recommends that the Court dismiss the claim with leave to replead. Magistrate Judge Lovric finds that Plaintiff has not alleged complete diversity and thus failed to assert subject-matter jurisdiction.  Recognizing that Plaintiff proceeds pro se, Magistrate Judge Lovric recommends that Plaintiff be permitted to re-plead his complaint.

Plaintiff did not object to the Report-Recommendation, and the time for such objections has passed. After examining the record, this Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice and the Court will accept and adopt the Report-Recommendation for the reasons stated therein.

Accordingly,

The Report-Recommendation of Magistrate Judge Lovric, dkt. # 5, is hereby **ACCEPTED** and **ADOPTED**. Plaintiff's Complaint is hereby **DISMISSED** without prejudice to repleading.

**IT IS SO ORDERED.**

Dated: July 16, 2020

_Thomas J. McAvoy_
Thomas J. McAvoy
Senior, U.S. District Judge